DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONALD O. LEE,**
Appellant,

v.

**ROBERT E. LEE** and **CAROL J. COLON,**
Appellees.

No. 4D18-1889

[March 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case Nos. 502018CP001351 and 502017CA008392.

Donald O. Lee, Lake Worth, pro se.

Margaret M. Bichler of Trelles & Bichler, North Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***